**Brief Stricken and Order filed December 31, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00980-CR
_____

**DANIEL ARNOLD WALLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 149th District Court
Brazoria County, Texas
Trial Court Cause No. 79878-CR

## ORDER

Appellant's brief discloses the name of a child victim of sexual assault under the age of 17. *See* Tex. Code Crim. Proc. art. 57.02(h); Tex. R. App. P. 9.10(b). Accordingly, the brief is **STRICKEN**.

Appellant is ordered to file a brief that complies with Tex. Code Crim. Proc. art. 57.02 and Tex. R. App. P. 9.10 by **January 10, 2019**.

PER CURIAM